IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No: 11-cr-00279-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    ELIAS HERRERA-ZAMORA,

    Defendant.

---

### ORDER

---

    This matter is before the Court on the Government's Motion to Dismiss Remaining Counts of the Superseding Indictment [Docket No. 499]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Government's Motion to Dismiss Remaining Counts of the Superseding Indictment [Docket No. 499] is granted. Counts Two through Seventeen of the Superseding Indictment are dismissed as to defendant Elias Herrera-Zamora.

    DATED February 15, 2013.

                                        BY THE COURT:

                                        _____
                                        PHILIP A. BRIMMER
                                        United States District Judge