IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No 11-cr-00279-PAB-2

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.     ELIAS HERRERA-ZAMORA,

      Defendant.

---

**ORDER REGARDING DEFENDANT'S MOTION FOR LEAVE
TO PROCEED ON APPEAL PURSUANT TO
28 U.S.C. § 1915 AND FED. R. APP. P. 24**

---

Defendant has submitted a Motion to Proceed in Forma Pauperis [Docket No. 515]. The motion indicates that the Court determined at the time of sentencing that the defendant is indigent. While no such finding was made at sentencing, such a finding was made by a magistrate judge at defendant's arraignment. *See* Docket No. 10. While normally such a finding would suffice, *see* Fed. R. App. P. 24(a)(3), the Court believes it is necessary to learn more about the issues that defendant intends to present on appeal. *See* Fed. R. App. P. 24(a)(1)(c) and 24(a)(3)(A). The defendant's plea agreement contains a waiver of certain appellate rights which may have a bearing on whether the Court is able to find that the appeal is not frivolous. Wherefore, it is

**ORDERED** that defendant shall supplement his motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 by indicating the issues that defendant intends to present on appeal on or before **March 7, 2013.**

DATED February 28, 2013.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge