**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 11-cr-00279-PAB-2
Civil Action No. 13-cv-02126-PAB

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

2.  ELIAS HERRERA-ZAMORA,

    Defendant-Movant.

---

**FINAL JUDGMENT**

---

In accordance with the Order Denying 28 U.S.C. §2255 Motion [Docket No. 559]

entered by United States District Judge Philip A. Brimmer on December 4, 2014, the

following Judgment is hereby entered.  It is

ORDERED that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant

to 28 U.S.C. § 2255 [Docket No. 551] is denied. It is further

ORDERED that pursuant to 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules

Governing Section 2255 Proceedings for the United States District Courts, a certificate

of appealability is denied. It is further

ORDERED that Civil Action No. 13-cv-02126-PAB is terminated.

 Dated at Denver, Colorado this 4th day of December, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/   A. García Gallegos

Deputy Clerk