## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00279-PAB-2
Civil Action No. 13-cv-02126-PAB

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

2.  ELIAS HERRERA-ZAMORA,

    Defendant-Movant.

---

## FINAL JUDGMENT

---

In accordance with the Orders [Docket Nos. 559, 598] entered by United States District Judge Philip A. Brimmer on December 4, 2014 and July 10, 2015, the following Final Judgment is hereby entered.  It is

**ORDERED** that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [Docket No. 551] is **DENIED**.  It is further

**ORDERED** that, pursuant to 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is **DENIED** as to all claims.  It is further

**ORDERED** that Civil Action No. 13-cv-02126-PAB is terminated.

  Dated at Denver, Colorado this 13th day of July, 2015.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                          By:  s/  Kathy Preuitt-Parks
                                   Deputy Clerk